IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| NIMAN, et al., | CV 23-79–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| CHRISTIAN, et al., | |
| Defendants. | |

Plaintiffs having filed an unopposed motion to reset the preliminary pretrial conference,

IT IS ORDERED that the motion (Doc. 22) is GRANTED. The Preliminary Pretrial Conference now set for March 12, 2024, is VACATED and RESET for March 27, 2024, at 1:30 p.m. in the Russell Smith Federal Courthouse, Missoula, Montana.

The Court's Order dated November 14, 2023 (Doc. 10), shall remain in full force and effect in all other respects.

Dated this 26th day of February, 2024.

                                                                                    */s/ Donald W. Molloy*
                                                                                    Donald W. Molloy, District Judge
                                                                                    United States District Court