IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| BETHANY NIMAN, et al.,<br><br>                Plaintiffs,<br><br>vs.<br><br>CLAYTON CHRISTIAN, et al.,<br><br>                Defendants. | CV 23-79-M-DWM<br><br>JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED, in accordance with the Court's Opinion and Order, (Doc. 52), that judgment is entered in favor of the Defendants and against the Plaintiffs.

Dated this 6th day of January, 2025.

                              TYLER P. GILMAN, CLERK

                              /s/ Tyler P. Gilman

